UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-40439-659 |
| | ) | Chapter 11 |
| R & G ENTERPRISES, LLC, | ) | |
| | ) | |
| Debtor, | ) | **DEBTOR'S MOTION TO DISMISS** |
| | ) | **FOLLMAN NORTHLINE'S MOTIONS** |
| FOLLMAN NORTHLINE, LLC, | ) | **FOR RELIEF FROM STAY AND** |
| | ) | **FOR EXPEDITED HEARING** |
| Movant, | ) | |
| vs. | ) | Hearing Date: February 7, 2011 |
| | ) | Hearing Time: 10:00 a.m. |
| R & G ENTERPRISES, LLC, | ) | Location: Courtroom 5 North |
| | ) | |
| Respondent. | ) | |

R & G Enterprises, Debtor ("Debtor"), by and through its attorney, states as follows for its

Motion to Dismiss Follman Northline's Motion for Relief from Stay and Motion for Expedited

Hearing (the "Motions"):

1.      The Motions should be dismissed for lack of jurisdiction under Local Bankruptcy

Rule 4001-1 A.

2.      Debtor was not served with a copy of the Motions as required by  Local

Bankruptcy Rule 4001-1 A.

WHEREFORE, Debtor requests that the Motions be dismissed and that the Court grant

such other and further relief as it deems proper.

**Certificate of Service**

In addition to those parties served with this document by the Court's CM/ECF system, the

undersigned served a true and complete copy of this document by first class mail or other means

as indicated upon each of the parties at the addresses listed below, on February 5, 2011: None.

Dated: February 5, 2011                                   Karfeld Law Firm, P.C.
By: /s/ Edward J. Karfeld
Edward J Karfeld,   MBE #19912 USDC#10210
611 Olive Street, Suite 1640
St. Louis, MO 63101
Ph: 314-231-1312   Fax: 314-231-3867
ejk@karfeldlaw.com

***Attorneys for Debtor***